UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| FRANCES M. DALE ) | |
| ) | |
| Plaintiff ) | Case No.: 0:16-CV-61214-DPG |
| ) | |
| v. ) | |
| ) | |
| P& P BUSINESS GROUP, LLC ) | |
| d/b/a CHADA THAI AND JAPANESE ) | |
| RESTAURANT, WINDSOR PARK ) | |
| L.P., and WINDSOR INVESTMENTS ) | |
| WINDSOR PARK LLC. ) | |
| ) | |
| Defendants ) | |
| _____) | |

## NOTICE OF SETTLEMENT

Plaintiff, FRANCES M. DALE and Defendants WINDSOR PARK L.P. and WINDSOR INVESTMENTS WINDSOR PARK LLC (collectively the "Parties") by and through their respective undersigned counsel, hereby file their Notice of Settlement, and in support thereof, state as follows:

1. The Parties have agreed to settle this matter in full, subject to execution of a written settlement agreement.

2. The Parties are in the process of finalizing the written settlement agreement.

3. The Parties request thirty (30) days to finalize and execute the written settlement agreement.

4. Upon execution of the written agreement, Plaintiff shall file a stipulation for dismissal with prejudice.

WHEREFORE, the Parties respectfully request that the Court enter an order allowing the Parties thirty (30) days to finalize and execute the written settlement agreement and file a stipulation for dismissal with prejudice.

Dated: July 29, 2016

Respectfully submitted,

| */ s/ Debi Gheorge-Alten* | */s/ George Breur* |
|---|---|
| Debi Gheorge-Alten | George T. Breur, Esq |
| Bar Number 123455 | FL Bar No. 33283 |
| Attorney for Plaintiff | gbreur@sgfcounsel.com |
| Debi Gheorge-Alten, P.A. | Jared Gelles, Esq. |
| E-Mail: daltenlaw@att.net | FL Bar No. 991181 |
| P.O. Box 771105 | jgelles@sgfcounsel.com |
| Coral Springs, FL 33077 | Stolzenberg, Gelles, Flynn & Arango, LLP |
| Telephone: (954) 575-9229 | 1401 Brickell Ave, Suite 825 |
| Fax: (954) 575-9339 | Miami, Florida 33131 |
| | Telephone: (305) 961-1450 |
| | Fax: (305) 423-3979 |